J. JACKSON WASTE  #289081
jwaste@bakermanock.com
Baker Manock & Jensen, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for  Defendant DOHENY-VIDOVICH PARTNERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JIB RESTAURANT GROUP, INC. dba JACK IN THE BOX #421, et al.,<br><br>　　　　　Defendants. | Case No. 5:19-cv-01260-NC<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO SET ASIDE DEFAULT ENTERED AGAINST DEFENDANT DOHENY-VIDOVICH PARTNERS |

The Court has reviewed the stipulation (the "Stipulation") between Plaintiff GERARDO HERNANDEZ ("Plaintiff") and Defendant DOHENY-VIDOVICH PARTNERS, a California general partnership ("DVP") (the "Parties") filed concurrently herewith.  Good cause appearing, the Stipulation is hereby approved.  Defendant DVP is relieved from its default and permitted to appear and defend itself herein.  DVP is directed to answer the Complaint on or before May 31, 2019, and file a consent or declination regarding magistrate judge jurisdiction by the same date.  SO ORDERED.

DATED:　　　May 22, 2019　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

GRANTED

Judge Nathanael M. Cousins

2354469v1