1 Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
2 332 North Second Street
San Jose, California 95112
3 Telephone (408) 298-2000
Facsimile (408) 298-6046
4 Email: service@moorelawfirm.com

5 Attorney for Plaintiff,
Gerardo Hernandez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ, | ) No. 5:19-cv-01260-NC |
| Plaintiff, | ) **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | ) |
| JIB RESTAURANT GROUP, INC. dba JIB #0421; DOHENY-VIDOVICH PARTNERS, a California General Partnership, | ) |
| Defendants. | ) |

**IT IS HEREBY STIPULATED** by and between Plaintiff Gerardo Hernandez and Defendants, JIB Restaurant Group, Inc. dba JIB #0421; and Doheny-Vidovich Partners, a California General Partnership, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: June 26, 2019				MOORE LAW FIRM, P.C.

						*/s/ Tanya E. Moore*
						Tanya E. Moore
						Attorney for Plaintiff,
						Gerardo Hernandez

Dated: June 27, 2019				HOGE, FENTON, JONES & APPEL, INC.

						*/s/ Daniel W. Ballesteros*
						Daniel W. Ballesteros
						Attorneys for Defendant,
						JIB Restaurant Group, Inc. dba JIB #0421

Dated: June 26, 2019				Baker Manock & Jensen, PC

						*/s/ J. Jackson Waste*
						J. Jackson Waste
						Attorneys for Defendant,
						Doheny-Vidovich Partners,
						a California General Partnership

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

						*/s/ Tanya E. Moore*
						Tanya E. Moore
						Attorney for Plaintiff,
						Gerardo Hernandez